IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JEFFERY HARRIS,** )<br>    Petitioner, )<br>  )<br>**v.** )<br>  )  **CIVIL ACTION 1:19-00297-KD-MU**<br>**WARDEN WILLIAMS,** *et al.*, )<br>    Respondents. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 9, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** because the Petitioner has procedurally defaulted any cognizable constitutional claim that he has asserted pursuant to *O'Sullivan v. Boerckel*. It is further **ORDERED** that the Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **10th** day of **January 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**